MARTORELL LAW APC
Eduardo Martorell, Esq. (SBN 240027)
EMartorell@Martorell-Law.com
Harry A. Abraham, Esq (SBN 290298)
HAbraham@Martorell-Law.com
Playa District
6100 Center Drive, Ste 1130
Los Angeles, CA 90045
Telephone: 323.840.1200
Facsimile: 323.840.1300

Attorneys for Plaintiff
ENCLOSED MUSIC LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCLOSED MUSIC LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>JAMES RICHARD STEINMAN dba LOST BOYS MUSIC; EDWARD B. MARKS MUSIC COMPANY, imprint of CARLIN AMERICA, INC., a New York Corporation; MICHAEL LEE ADAY (formerly MARVIN LEE ADAY) pka MEAT LOAF; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 2:17-cv-07304-FMO-E<br><br>Hon. Fernando M. Olguin<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed: October 04, 2017 |

1
STIPULATION OF DISMISSAL

Plaintiff ENCLOSED MUSIC ("Plaintiff") and Defendants JAMES RICHARD STEINMAN dba LOST BOYS MUSIC; EDWARD B. MARKS MUSIC COMPANY, imprint of CARLIN AMERICA, INC., a New York Corporation; MICHAEL LEE ADAY (formerly MARVIN LEE ADAY) pka MEAT LOAF (collectively "Defendants"), pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate that all claims and causes of action alleged by Plaintiff against all defendants in this action be dismissed WITH PREJUDICE, with each of Plaintiff and Defendants to bear its own cost, expenses, and attorneys' fees.

IT IS SO STIPULATED.

**MARTORELL LAW APC**

Dated: July 24, 2019     By:   /s/ Harry Abraham
Eduardo Martorell
Harry Abraham
Attorneys for Plaintiff
**ENCLOSED MUSIC LLC**

**PRYOR CASHMAN LLP**

Dated: July 24, 2019     By:   /s/ Benjamin S. Akley
Michael J. Niborski
Benjamin S. Akley
Robert J. deBrauwere
Frank P. Scibilia
Ross M. Bagley
Attorneys for Defendants
**JAMES RICHARD STEINMAN dba LOST BOYS MUSIC, EDWARD B. MARKS MUSIC COMPANY, CARLIN AMERICA, INC., and MICHAEL LEE ADAY pka MEAT LOAF**